UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
H2 CONSTRUCTION LLC,

                Plaintiff,

        -against-

HALLMARK COUNTY MUTUAL INSURANCE
COMPANY AND L. DUNN & CO., d/b/a L. DUNN &
CO. AUCTIONEER, INC.,

                Defendants.
-----------------------------------------------------------------X

No. Civ. No. 22-cv-02731

**STIPULATION OF DISMISSAL
WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties by their undersigned counsel that the above-captioned action is hereby dismissed without prejudice and without costs to any party as against another pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

PLEASE TAKE NOTICE that electronic signatures to this Stipulation will be deemed to be originals for all purposes.

Dated: Uniondale, New York
       November __, 2022

CORNELL GRACE, P.C.

_____
Jason Meneses, Esq.
Attorneys for Plaintiff
Trinity Centre
111 Broadway, Suite 810
New York, New York 10006

RIVKIN RADLER LLP

_____
Joanne M. Engeldrum, Esq.
Attorneys for Defendant
Hallmark County Mutual Insurance Company
926 RXR Plaza
Uniondale, New York 11556

MARIN GOODMAN, LLP

_____
Christopher Walsh, Esq.
Attorneys for Defendant
L. Dunn & Co. d/b/a Dunn & Co. Auctioneer Inc.
500 Mamaroneck Avenue, Suite 102
Harrison, New York 10528

6066279.v1

SO ORDERED:

_____
          U.S.D.J.